## BOEDKER v WARREN E. RICHARDS CO

Ohio Supreme Court

No 22838. Decided May 27, 1931

Jones, Matthias, Day, Allen, Kinkade, and

Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**

## STATE v THAYER

Ohio Supreme Court

No 22711. Decided May 27, 1931

Marshall, C.J., Matthias, Allen and Robinson, JJ, concur. Jones, J, concurs in the judgment.

Full opinion will be published later. Watch **Omnibus Index.**